■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRESTON S., Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered on or about May 13, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Sweeny, McGuire and Malone, JJ.